IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE MORRIS,　　　　　　　　　　　　No. C 11-3959 MMC

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER OF RECUSAL**

　v.

GYNECARE, INC., et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　/

　　　　I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

　　　　All pending dates for motions and other pretrial matters are hereby vacated and are to be reset by the newly assigned Judge.

　　　　**IT IS SO ORDERED.**

Dated: August 25, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge