1  MICHELLE A. CHILDERS (SBN #197064)
   michelle.childers@dbr.com
2  NATHAN D. CARDOZO (SBN #259097)
   nathan.cardozo@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA 94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   ETHICON, INC. (on its own behalf and behalf of its
7  Division, ETHICON WOMEN'S HEALTH &
   UROLOGY, and erroneously sued as GYNECARE,
8  INC.); and JOHNSON & JOHNSON

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13
   MICHELE MORRIS, an individual,          Case No. C-11-03959 SC
14
              Plaintiff,                   **NOTICE OF VOLUNTARY DISMISSAL
15                                         OF PLAINTIFF'S COMPLAINT BY
         v.                                STIPULATION WITHOUT PREJUDICE**
16
   GYNECARE, INC., a California            Judge:        Hon. Samuel Conti
17 corporation; ETHICON, INC., a New
   Jersey corporation; JOHNSON &           Removal Filed: August 11, 2011
18 JOHNSON, a New Jersey corporation; and  **Trial Date:    Not set**
   DOE MANUFACTURES ONE through
19 ONE HUNDRED,

20            Defendants.

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
SF01/783913.1                                        CASE NO. C-11-03959 SC

1   IT IS HEREBY REQUESTED by Plaintiff Michelle Morris and STIPULATED by

2   Defendants Ethicon, Inc. and Johnson & Johnson, through their respective attorneys of record

3   that, pursuant to Federal Rule Civil Procedure 41(a), this Court enter a voluntary dismissal of this

4   action, without prejudice.

5   Dated: September 22, 2011          DRINKER BIDDLE & REATH LLP

6

7                                      By: _____

8                                          Michelle A. Childers

9                                      Attorneys for Defendants
                                       ETHICON, INC. (on its own behalf and behalf
                                       of its Division, ETHICON WOMEN'S
10                                     HEALTH & UROLOGY, and erroneously
                                       sued as GYNECARE, INC.); and JOHNSON
11                                     & JOHNSON

12

13  Dated: September 21, 2011          GIRARDI | KEESE

14

15                                     By: _____

16                                         Amanda Kent

17                                     Attorneys for Plaintiff
                                       MICHELE MORRIS
18

19                                  **ORDER**

20

21      **PURSUANT TO THE FOREGOING STIPULATION,** the Court hereby **DISMISSES**

22  the above-captioned case without prejudice.

23      **IT IS SO ORDERED,** this the __22__ of __Sept.__, 2011.

24                          BY THE COURT

25

26                          By: _____
                                Honorable
27                              United Stat

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF VOLUNTARY DISMISSAL OF          - 2 -                    CASE NO. C-H-03959 SC
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
SF01/783913.1