| | |
|---|---|
| 1 | MICHELLE A. CHILDERS (SBN #197064) |
| | michelle.childers@dbr.com |
| 2 | NATHAN D. CARDOZO (SBN #259097) |
| | nathan.cardozo@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 5 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its Division, ETHICON WOMEN'S HEALTH & UROLOGY, and erroneously sued as GYNECARE, INC.); and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE MORRIS, an individual, | Case No. C-11-03959 SC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT BY STIPULATION WITHOUT PREJUDICE** |
| v. | |
| GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; and DOE MANUFACTURES ONE through ONE HUNDRED, | Judge:              Hon. Samuel Conti |
| | Removal Filed:     August 11, 2011 |
| | **Trial Date:**       Not set |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
SF01/ 783913.1

CASE NO. C-11-03959 SC

|     |                                                                                                                      |
| --- | -------------------------------------------------------------------------------------------------------------------- |
| 1   | IT IS HEREBY REQUESTED by Plaintiff Michelle Morris and STIPULATED by                                                |
| 2   | Defendants Ethicon, Inc. and Johnson & Johnson, through their respective attorneys of record                         |
| 3   | that, pursuant to Federal Rule Civil Procedure 41(a), this Court enter a voluntary dismissal of this                 |
| 4   | action, without prejudice.                                                                                           |

Dated: September 22, 2011

DRINKER BIDDLE & REATH LLP

By: _____
Michelle A. Childers

Attorneys for Defendants
ETHICON, INC. (on its own behalf and behalf of its Division, ETHICON WOMEN'S HEALTH & UROLOGY, and erroneously sued as GYNECARE, INC.); and JOHNSON & JOHNSON

Dated: September 21, 2011

GIRARDI | KEESE

By: _____
Amanda Kent

Attorneys for Plaintiff
MICHELE MORRIS

### ORDER

**PURSUANT TO THE FOREGOING STIPULATION**, the Court hereby **DISMISSES** the above-captioned case without prejudice.

**IT IS SO ORDERED**, this the __22__ of __Sept.__, 2011.

BY THE COURT

By: _____
Honorable
United States

*[Stamp: IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California]*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF VOLUNTARY DISMISSAL OF
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE
SF01/783913.1

- 2 -

CASE NO. C-11-03959 SC